# EXHIBIT B



## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

STATE OF ALABAMA )
)
V. ) Case No.: CC-1992-001194.00
)
WILSON BETTY GAY WOODS )
Defendant. )

### ORDER DENYING MOTION TO RECONSIDER

MOTION TO RECONSIDER filed by WILSON BETTY GAY WOODS is hereby DENIED.

**DONE this 2nd day of October, 2011.**

/s/ DENNIS E ODELL
CIRCUIT JUDGE