# EXHIBIT C

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

SAMUEL HENRY WELCH
Presiding Judge
MARY BECKER WINDOM
J. ELIZABETH KELLUM
LILES C. BURKE
J. MICHAEL JOINER
Judges



Lane W. Mann
Clerk
Gerri Robinson
Assistant Clerk
(334) 229-0751
Fax (334) 229-0521

October 26, 2011

**CR-11-0005**

Betty Gay Woods Wilson v. State of Alabama  (Appeal from Madison Circuit Court: CC92-1194)

## ORDER

Upon consideration of the above referenced appeal, the Court of Criminal Appeals ORDERS that said appeal be and the same is hereby DISMISSED as a non-appealable order. See See Searcv v. State [Ms. CR-10-0950, July 8, 2011] _ So. 3d _ (Ala.Crim.App. 2011). Having this date dismissed said appeal, the Court further ORDERS that the certificate of judgment shall issue forthwith.

Done this the 26th day of October, 2011.

Samuel Henry Welch, Presiding Judge
Court of Criminal Appeals

cc: Hon. Dennis E. O'Dell, Circuit Judge
Hon. Jane Smith, Circuit Clerk
Jason Patrick Kreag, Attorney - Pro Hac
Office of Attorney General

# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-11-0005**

Betty Gay Woods Wilson v. State of Alabama (Appeal from Madison Circuit Court CC92-1194)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on October 26th 2011:

### Dismissed - Nonappealable Order

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness, Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 26th day of October, 2011.

*[signature]*

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. Dennis E. O'Dell, Circuit Judge
Hon. Jane Smith, Circuit Clerk
Jason Patrick Kreag, Attorney - Pro Hac
Office of Attorney General