# EXHIBIT D

THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT

THE ALABAMA COURT OF CRIMINAL APPEALS

CR-11-0005

Betty Gay Woods Wilson, Appellant

vs.

State of Alabama, Appellee

Appeal from Madison Circuit Court No. CC-92-1194

### ORDER ON APPLICATION FOR REHEARING

On October 26, 2011, this Court dismissed Betty Gay Woods Wilson's appeal from the circuit court's denial of her motion for postconviction DNA testing because it was based on a nonappealable order. Wilson v. State, (CR-11-0005, October 26, 2011). Wilson has moved that we reconsider our ruling. She asserts that appeal is the only means of seeking review of the circuit court's ruling. Based on this Court's ruling in Ex parte Hammond, [Ms. CR-10-1777, March 23, 2012] ___ So. 3d ___ (Ala. Crim. App. 2012), Wilson's application for a rehearing is hereby OVERRULED.

Windom, P.J., and Welch, Kellum, Burke, and Joiner, JJ., concur.

Done this 13th day of April, 2012.

_____
MARY BECKER WINDOM, PRESIDING JUDGE

cc: Hon. Dennis E. O'Dell, Judge
Hon. Jane Smith, Clerk
Jason Kreag, Esq.
Marc Alan Starrett, Assistant Attorney General
Office of the Attorney General