# EXHIBIT E

THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT

THE ALABAMA COURT OF CRIMINAL APPEALS

CR-11-1173

Ex parte Betty Gay Woods Wilson

PETITION FOR WRIT OF MANDAMUS

(In re: State of Alabama v. Betty Gay Woods Wilson)

Madison Circuit Court No. CC-92-1194

### ORDER

Betty Gay Woods Wilson filed this petition for a writ of mandamus requesting that we direct Judge Dennis O'Dell to grant her motion for postconviction DNA testing. On October 26, 2011, this Court dismissed Wilson's appeal from the circuit court's denial of her motion for postconviction DNA testing because it was based on a nonappealable order. Wilson v. State, (CR-11-0005, October 26, 2011). Wilson moved that we reconsider our ruling. On April 3, 2012, we overruled Wilson's application for rehearing based on our decision in Ex parte Hammond, [Ms. CR-10-1777, March 23, 2012] ___ So. 3d ___ (Ala. Crim. App. 2012) (mandamus, not appeal, is the appropriate means of reviewing a circuit court's ruling denying a motion for postconviction DNA testing). On May 2, 2012, Wilson filed this petition for a writ of mandamus.

The ruling that is the subject of this mandamus petition was entered by Judge O'Dell on August 19, 2011. A circuit court typically retains jurisdiction to modify a final ruling for 30 days after the ruling is entered. See Ex parte Bishop, 883 So. 2d 262 (Ala. Crim. App. 2003). No motion for a stay was granted before the expiration of the 30-day time period. Thus, according to State v. Webber, 892 So. 2d 869 (Ala. 2004), this Court "lost all possibility of acquiring appellate jurisdiction to remand the case for the judgment to be vacated." 892 So. 2d at 871. Therefore, this petition for a writ of mandamus is due to be, and is hereby, **DISMISSED**.

Windom, P.J., and Welch, Kellum, Burke, and Joiner, JJ., concur.

Done this 6th day of September, 2012.

_____
MARY BECKER WINDOM, PRESIDING JUDGE

cc: Hon. Dennis E. O'Dell, Circuit Judge
Hon. Jane Smith, Clerk
Robert L. Broussard, District Attorney
Jason Kreag, Esq.
Office of the Attorney General