```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602034101
Cashier ID: khaynes
Transaction Date: 10/23/2014
Payer Name: CLERK US DISTRICT COURT
----------------------------------------
CIVIL FILING FEE
 For: BETTY WILSON
 Case/Party: D-ALM-2-14-CV-001106-001
 Amount:         $400.00
PRO HAC VICE
 For: PETER DEAN ISAKOFF
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:          $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 123406
 Amt Tendered:   $400.00
CHECK
 Check/Money Order Num: 123405
 Amt Tendered:    $50.00
----------------------------------------
Total Due:       $450.00
Total Tendered:  $450.00
Change Amt:        $0.00

2:14-CV-1106-CSC

WILSON V. STRANGE ET AL
```