# EXHIBIT F

IN THE SUPREME COURT OF ALABAMA
OCTOBER 23, 2012

1111614

Ex parte Betty Gay Woods Wilson. PETITION FOR WRIT OF MANDAMUS: CRIMINAL (In re: Betty Gay Woods Wilson v. State of Alabama)(Madison Circuit Court: CC-92-1194; Criminal Appeals: CR-11-0005)

ORDER

The petition for a writ of mandamus to be directed to the Honorable Dennis E. O'Dell, Judge of the Circuit Court of Madison County, Alabama, having been duly filed and submitted to the Court,

IT IS ORDERED that the petition for a writ of mandamus is denied.

Malone, C.J., and Woodall, Stuart, Bolin, Parker, Murdock, Shaw, Main, and Wise, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 23d day of October, 2012

Robert G Esdale, Sr.
Clerk, Supreme Court of Alabama