# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BETTY WILSON,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN T. MARSHALL, Alabama Attorney General, et al.,<br><br>            Defendants. | Civil Action No. 2:14-cv-01106-MHT-SRW |

## NOTICE OF APPEARANCE

The undersigned, Kevin R. Garrison, of the law firm BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C., hereby gives notice of his appearance as additional counsel of record in the above-styled cause for Plaintiff Betty Wilson. The Clerk and all parties are requested to provide counsel with copies of all subsequent pleadings, orders, notices, discovery, and correspondence.

Respectfully submitted April 30, 2019.

/s/ Kevin R. Garrison
KEVIN R. GARRISON
*Counsel for Plaintiff, Betty Wilson*

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 Twentieth Street North
Wells Fargo Tower, Suite 1400
Birmingham, Alabama 35203
(205) 328-0480 – Telephone
E-mail: kgarrison@bakerdonelson.com

4822-3600-2965

Peter D. Isakoff
(Admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 682-7000
Facsimile: (202) 857-0940
E-mail: peter.isakoff@weil.com

Seema Saifee
(Admitted *pro hac vice*)
INNOCENCE PROJECT
40 Worth Street, Suite 701
New York, NY 10013
Tel.: (212) 364-5982
Fax: (212) 364-5341
E-mail: ssaifee@innocenceproject.org

4822-3600-2965

**CERTIFICATE OF SERVICE**

      I certify that I served the foregoing on the following counsel of record on this the 30th day of April 2019, via email and United States Mail, postage prepaid and properly addressed.

J. Clayton Crenshaw
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7423
Fax: (334) 353-3637
E-mail: ccrenshaw@ago.state.al.us

Steven T. Marshall
Alabama Attorney General
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130

Madison County District Attorney's Office
100 North Side Square
Huntsville, AL 35801

Robert L. Broussard
District Attorney of Madison County
100 North Side Square
Huntsville, AL 35801

                                                /s/ Kevin R. Garrison
                                                OF COUNSEL